## WILLIAMS v. STATE.
### No. 21839.

Court of Criminal Appeals of Texas.

Jan. 14, 1942.

R. W. Webb, of Snyder, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is possessing intoxicating liquor in a dry area for the purpose of sale; the punishment, confinement in the county jail for a period of nine months.

The complaint and information appear to be in proper form. The record before us contains neither a statement of facts nor bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.